UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROYAL & SUN ALLIANCE INSURANCE PLC,

                Plaintiff,

                                                  07 Civ. 2889 (AKH)
  -against-

                                                  **ECF CASE**
                                                  **RULE 7.1**
OCEAN WORLD LINES, INC.;               **<u>DISCLOSURE STATEMENT</u>**

                Defendants.
---------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses that the following are parent corporations of that party and the publicly held corporations that own 10% or more of the party's stock:

        Royal & Sun Alliance Insurance Group plc
        Royal Insurance Holdings plc


Date:  New York, New York
       April 10, 2007                 *s/David L. Mazaroli*

                                              _____
                                              David L. Mazaroli (DM 3929)
                                              Attorney for Plaintiff
                                              11 Park Place - Suite 1214
                                              New York, New York 10007
                                              Tel.: (212)267-8480
                                              Fax.: (212)732-7352
                                              E-mail: dlm@mazarolilaw.com
                                              File No.: 7XHD-1477