UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: DAVID MAZAROLI - 128

ROYAL & SUN ALLIANCE INSURANCE PLC

Plaintiff(s)

- against -

OCEAN WORLD LINES, INC.

Defendant(s)

Index #: 07 CV 2889

Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 7XHD-1477

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRIAN KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 16, 2007 at 04:27 PM at

1981 MARCUS AVENUE SUITE E-100
LAKE SUCCESS, NY11042

deponent served the within true copy of the SUMMONS & COMPLAINT on OCEAN WORLD LINES, INC., the defendant/respondent therein named,

CORPORATION by delivering thereat a true copy of each to MS. JANE SMITH, REFUSED TRUE NAME personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BROWN | 48 | 5'6 | 160 |

April 16, 2007 at 04:27 PM Jane Smith, true name unknown said name fictitious, said name intended being the managing (or general) agent of defendant OCEAN WORLD LINES, INC. described as above and refusing to give name at time of service.

MAZAROLI
APR 1 9 2007
LAW OFFICE

Sworn to me on: April 17, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**BRIAN KLEINBERG**

Docket #: 473033