CLARK, ATCHESON & REISERT
Peter D. Clark (PC 6190)
Attorney for Defendant
7800 River Road
North Bergen, NJ 07047
Tel: 201-537-1200
Fax: 201-537-1201
Email: pclark@navlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ROYAL & SUN ALLIANCE INSURANCE PLC,  :

                 Plaintiff,  :

    -against-  :

OCEAN WORLD LINES, INC.  :

                Defendant.  :
-----------------------------------------------------------------x

**ECF CASE**

**07-CV-2889 (AKH)**

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for Defendant **OCEAN WORLD LINES, INC. ("OWL")** certify upon information and belief that Defendant Ocean World Lines, In.c a private (non-governmental) party has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated: North Bergen, New Jersey
       June 28, 2007

Clark, Atcheson & Reisert
Attorneys for Defendant
OCEAN WORLD LINES, INC.

By: /s/ Peter D. Clark
Peter D. Clark (PC 6190)
7800 River Road
North Bergen, NJ 07960
Tel (201) 537-1200

TO: David L. Mazaroli, Esq.
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801