**CLARK, ATCHESON & REISERT**
7800 RIVER ROAD
NORTH BERGEN, NEW JERSEY 07047

TELEPHONE (201) 537-1200
TELEFAX (201) 537-1201
INTERNET: WWW.NAVLAW.COM

NEW YORK OFFICE
230 PARK AVENUE NO. 1066
NEW YORK, NY 10169
TELEPHONE (212) 297-0257
TELEFAX (212) 297-0316

CONNECTICUT OFFICE
611 RIVERSIDE AVENUE
WESTPORT, CONNECTICUT 06880
TELEPHONE (203) 226-7760

E-MAIL ADDRESS

July 9, 2007

The Honorable Alvin K. Hellerstein
United States Courthouse
Room 1050
500 Pearl Street
New York, New York 10007

RE:   Royal & Sun Alliance Insurance, PLC v. Ocean World Lines, Inc. et al
      07-CV-2889 (AKH)

Dear Judge Hellerstein:

We are attorneys representing defendant and third-party plaintiff Ocean World Lines, Inc. in the above matter which is scheduled for a Court Conference on July 27, 2007 at 9:30 a.m.

The undersigned will be on vacation at that time and assisting at trial in a maritime action pending before Judge Preska the following week.

We would like to reschedule the Conference during the third or fourth week of August. We are now in the process of serving the third-party defendants with the third-party complaint. We expect appearance will be made by all parties by that time.

No previous request for an adjournment has been made in this action. We have discussed the matter with counsel for plaintiff, David L. Mazaroli, Esq. and he has no objection to our request. We thank you for your kind consideration.

Respectfully yours,

Clark, Atcheson & Reisert
Peter D. Clark (PC 6190)
(201) 537-1200

**MEMO ENDORSED**

*[Handwritten note: The conf. is adjourned fr. 2007, to Sep. 7, at 9:30 a.m. 7-23-07]*

## CLARK, ATCHESON & REISERT

Cc:   David L. Mazaroli
      Law Offices
      11 Park Place-Suite 1214
      New York, NY 10007