8998/PMK
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042
*Attorneys for Defendants/Third-Party Defendants*
YANG MING MARINE TRANSPORT CORP.
and DJURIC TRUCKING, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROYAL & SUN ALLIANCE INSURANCE PLC,<br><br>                                              Plaintiff,<br>- against -<br><br>OCEAN WORLD LINES, INC.,<br>                                              Defendants. | 07 CV 2889 (AKH) |
| OCEAN WORLD LINES, INC.<br>                                   Third-Party Plaintiff,<br>- against -<br><br>YANG MING MARINE TRANSPORT CORP.<br>and DJURIC TRUCKING, INC.<br>                                   Third-Party Defendants. | ECF CASE<br><br>RULE 7.1 STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Yang Ming Transport Corp. and Djuric Trucking, Inc. certifies that upon information and belief these Defendants/Third Party Defendants have no corporate parents, subsidiaries, or affiliates which are publicly held.

Dated:  New York, New York
          September 6, 2007

                                        CICHANOWICZ, CALLAN, KEANE,
                                        VENGROW & TEXTOR, LLP
                                        *Attorneys for YANG MING AND DJURIC TRUCKING, INC.*

                                        By:    s/    Paul M. Keane
                                                 Paul M. Keane (PMK5934)