LAW OFFICES
**DAVID L. MAZAROLI**
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212) 267-8480
Telefax (212) 732-7352

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/07

October 18, 2007

TELEFAX: (212) 805-7942

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

JOINT APPLICATION

Conf. Adjourned to
Nov. 16, 2007, 9:30 a.m.
10-18-07
A. K. H.

Re:  Royal & Sun Alliance Insurance PLC
     v. Ocean World Lines, Inc.
     07 Civ. 2889 (AKH)
     Our File: 7XHD-1477

Dear Judge Hellerstein:

I represent the plaintiff in this action which involves a claim for damage to cargo. As discussed at the initial court conference, there are threshold legal issues concerning the law which applies to the domestic land stage of the multimodal transport. In addition, certain defendants claim the benefit of a foreign forum selection clause in one of the two bills of lading. While it is likely motion practice will be necessary, counsel would like to continue discussions to see if an alternative course of action is possible. For this reason counsel join in respectfully requesting a three-week adjournment of the October 19, 2007 court conference. The Court's attention is appreciated.

**MEMO ENDORSED**

Respectfully,

David L. Mazaroli
dlm@mazarolilaw.com

DLM/jcf

cc:   Clark Atcheson & Reisert
      Attn.: Peter D. Clark, Esq. (Via e-mail: pclark@navlaw.com)

      Cichanowicz, Callan, Keane
      Vengrow & Textor, LLP
      Attn.: Paul M. Keane, Esq. (Via e-mail: pkeane@cckvt.com)