CLARK, ATCHESON & REISERT
Peter D. Clark (PC 6190)
Attorney for Defendant
7800 River Road
North Bergen, NJ 07047
Tel: 201-537-1200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ROYAL & SUN ALLIANCE INSURANCE PLC, :

                Plaintiff,

        -against-

OCEAN WORLD LINES, INC.

                Defendant.
-----------------------------------------------------------------x
OCEAN WORLD LINES, INC.,

                Third-Party Plaintiff,

        -against-

YANG MING MARINE TRANSPORT CORP.
and DJURIC TRUCKING, INC.

                Third-Party Defendants
-----------------------------------------------------------------x

**ECF CASE**

**07-CV-2889 (AKH)**

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that the undersigned will move this Court, pursuant to Fed. Rule of Civ. P. 56 before the Honorable Alvin K. Hellerstein in Courtroom 14D, U.S. Courthouse, 500 Pearl Street, New York on February 13, 2008, upon the annexed declarations of Alan Baer, Esa Radoncic, and the exhibits annexed thereto, Rule 56:1 Statement of Undisputed Facts and accompanying Memorandum of Law for an order granting defendant partial summary judgment limiting defendant's liability $500 per

package for damage to seven (7) packages of cargo on the grounds that the terms and provisions of the contract of carriage and the United States Carriage of Goods by Sea Act, 46 U.S.C. §30701 *et seq.*, limit defendant's liability to $500 per package and for such other further relief as to the Court may deem just and proper.

Dated: North Bergen, NJ
December 20, 2007

                                        Clark, Atcheson & Reisert
                                        Attorneys for Defendant/Third Party Plaintiff
                                        OCEAN WORLD LINES, INC.

By: _____
                                        Peter D. Clark (PC 6190)
                                        7800 River Road
                                        North Bergen, NJ 07047
                                        (201) 537-1200

TO:   Law Offices of David Mazaroli
        Attorney for Plaintiff
        11 Park Place- Suite 1214
        New York, New York 10007
        Attn: David L. Mazaroli, Esq.

        Cichanowicz, Callan, Keane Vengrow & Textor, LP
        Attorneys for Third-Party Defendants
        61 Broadway, Suite 3000
        New York, New York 10066
        Attn: Paul M. Keane, Esq.