# EXHIBIT EE

19. JUN. 2006 18:14   YANG MING HAM-DOCTA WB                NR. 259   S. 1   03.2005

**陽明海運股份有限公司**
YANG MING MARINE TRANSPORT CORP.

NON-NEGOTIABLE
SEA WAYBILL

| Shipper | Booking No. | Waybill No. YMLU |
|---|---|---|
| OWL OCEAN WORLD LINES EUROPE GMBH<br>LIPPELTSTR. 1<br>20097 HAMBURG (GERMANY)<br>TEL +49 (40) 39 84 81-0<br>FAX +49 (40) 39 84 81-11 | ~~THAM0000100~~<br>Export References<br><br>Gregory Haines | ~~YMLUT670037050~~ |
| Consignee | Forwarding agent references | |
| OCEAN WORLD LINES, INC.<br>1981 MARCUS AVENUE, SUITE E100<br>LAKE SUCCESS, NY 11042 (USA)<br>TEL +1 516 616 2400<br>FAX +1 516 616 2424 | OWLUHA6S060150NY | |
| | Point and Country of Origin of goods | |
| Notify party | ALSO NOTIFY | |
| OCEAN WORLD LINES, INC.<br>1981 MARCUS AVENUE, SUITE E100<br>LAKE SUCCESS, NY 11042 (USA)<br>TEL +1 516 616 2400<br>FAX +1 516 616 2424 | Djurick Trucking file | |

| Received by | Place of Receipt | Onward inland routing |
|---|---|---|
| Vessel   Voy No.   flag<br>YM MILANO TA1092W | Port of Loading<br>BREMERHAVEN | |
| Port of Discharge<br>NORFOLK, VA | Place of Delivery<br>BOURBON, IN DOOR | Delivery status<br>FCL/FCL |

PARTICULARS FURNISHED BY MERCHANT

| MKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | Measurement (M) gross Weight(KGS) |
|---|---|---|---|
| | 4 CTNR | SHIPPER'S LOAD, STOWAGE AND COUNT.<br>S.T.C : 23 PACKAGES | 77400.000 KGS |
| | | 23 PACKAGES<br>PRINTING MACHINERY<br>HS-CODE: 84431910 | FREIGHT PREPAID |
| | | TO BE FILED WITH US CUSTOMS BY<br>SHIPPER UNDER SCAC: OWLU | |
| | | SHIPPED ON BOARD<br>FREIGHT PREPAID<br>TRANSPORT MODE FOR ONCARRIAGE:<br>RAIL/MOTOR<br>EXPRESS BILL OF LADING<br>SC 810805 | |
| YMLU4919000   40'DC FCL/FCL 499838 499838 | | 6 PKGS   19400.000KGS | |
| YMLU4857103   40'DC FCL/FCL 240641 240641 | | 5 PKGS   19250.000KGS | |
| GLDU4110080   40'DC FCL/FCL 240606 | | 7 PKGS   19500.000KGS | |
| YMLU4969490   40'DC FCL/FCL 240685 240685 | | 5 PKGS   19250.000KGS | |

Declared value $_____ If Merchant enters a value of Goods and pays the applicable ad valorem rate, Carrier's package limitation shall not apply. See Clause 23 (2)&(3) hereof

Place and Date of issue  HAMBURG   ~~16/06/2006~~
On Board Date   16/06/2006

| ITEM NO | CHG | RATED AS | PER | RATE | PREPAID | COLLECT | WAYBILL NO YMLU   YMLUT670037050 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

The receipt, custody, carriage and delivery of the goods are subject to the terms appearing on the face and back hereof and to Carrier's applicable tariff.

Delivery of the Goods will be made to the Consignee or his authorized representative upon proper proof of identity and authorization without the need of producing or surrendering a copy of this Sea Waybill.

Rate of exchange   USD 7954
Number of Original Sea Waybill 0 (ZERO)   4

Total

payable at   HAMBURG

By YANG MING SHIPPING EUROPE GmbH
Department of German Agency
— as agents only —
as agent for Yangming Marine
Transport Corporation, as carrier