# EXHIBIT GG




## ABOUT US

Ocean World Lines has been operating as a neutral NVO for over 20 years. We have a solid staff of experienced professionals who deliver knowledgeable and efficient service to our customers.

OWL is one of the largest fully bonded NVO's in the world with over 100,000 TEU's shipped annually. We are able to save our customers both time and money by utilizing our extensive network of carriers and obtaining the best pricing and service available.

We currently have eight offices strategically placed throughout the United States and regional offices in the UK, France and Germany. Additionally we maintain a network of agents throughout the world.

For more information about OWL and our services, click here to view a presentation or contact our corporate headquarters or your regional office.

---

**USA Corporate Headquarters**
1981 Marcus Avenue
Suite E-100
Lake Success, New York 11042

Tel: 516-616-2400
Fax: 516-616-2424

**Alan E. Baer**
President

**Europe Regional Headquarters**
Lippeltstr. 1
20097, Hamburg, Germany

Tel: +49-40-398-481-10
Fax: +49-40-398-481-11

**Cord Bruegge**
Managing Director

E-Mail: cbruegge@owle.de