# EXHIBIT HH

Page 2  For Port to Port Shipment or combined Transp... hipment - Please refer to revers side or to www.owl.biz or to your l... ...t for terms and conditions

# OCEAN WORLD LINES INC.

**BILL OF LADING**

| Shipper / Exporter (2) | Booking No. (5) |
|---|---|
| White Horse Machinery Limited,<br>Oaktree Business Park,<br>Limewood Court<br>Leeds LS14 1NF | OWLUHA6S060150NY |
| | Export References (6) |

| Consignee (3) (Complete Name and Address) | Forwarding Agent - F.M.C. No (7) (Complete Name and Address) |
|---|---|
| Issued to Shipper Order | |
| | Point and Country of Origin (8) |

| Notify Party / Address (It is agreed that no responsibility shall attach to the Carrier or his Agent for failure to notify - see clause 22 (1) hereof) | Also Notify - Routing and Instructions (9) |
|---|---|
| Pastore Printing Services Inc.,<br>59 Fountain Street,<br>Framingham,<br>MA 01702<br>Attn: Tony Pastore * | |

| Pre-Carriage by *(12) [1] | Place of Receipt by Pre-Carrier *(13) [1] | Contact for Cargo Release |
|---|---|---|
| | | Ocean World Lines, Inc. |
| Vessel   Voyage No       Flag (14) [1] | Port of Loading (15) (10) [1] | 1981 Marcus Avenue, Suite E100 |
| YM Milano / 092W | Bremerhaven | Lake Success, NY 11042 (USA) |
| Port of Discharge (16) [1] | Place of Delivery by On-Carrier *(17) [1] | Tel. +1 516 616 2400 |
| Norfolk | Bourbon, Indiana | Fax +1-516 616 2424 |

Particulars furnished by Shipper(primicille@owlusa.com)

| Mrks & Nos / Container Nos (18) | No./Pkgs. (19) | Description of Packages and Goods (20) | Gross Weight (21) | Measurement (22) |
|---|---|---|---|---|
| YMLU 491 900-0<br>Seal: 499838 | 1x40 | `Dry Van Container: 6 Packages | 19`400 Kgs | |
| YMLU 485 710-3<br>Seal: 240641 | 1x40 | `Dry Van Container: 5 Packages | 19`250 Kgs | |
| GLDU 411 008-0<br>Seal: 240606 | 1x40 | `Dry Van Container: 7 Packages | 19`500 Kgs | |
| YMLU 496949-0<br>Seal: 240685 | 1x40 | `Dry Van Container: 5 Packages | 19`250 Kgs | |
| | | Further Details see Attachment | | |
| * Tel 508-872-3981 | | | | |

Freight and Charges payable at / by (24)
Excess Valuation: Shipper declared Value U.S.$   not declared
Refer To Paragraph 10 On Reverse Side And To Rule 12 Of Carrier's Tariff

| | Base | Prepayable | Collect |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| TOTAL | | | |

LAW & JURISDICTION. Whatever the "Carriage of Goods by Sea Act ("COGSA") of the United States of America applies by virtue of paragraph 3, this contract of carriage is to be governed by United States law (exclusive of its choice of law rules) and the United States Federal Court for the Southern District of New York is to have exclusive jurisdiction to hear all disputes here under including third party proceedings or the involving several defendants. This clause supersedes any conflicting clause in Bill of Lading or elsewhere pursuits issued by contractors or sub-contractors of OWL. In all other cases the Bill of Lading shall be governed by the law of the Federal republic of Germany and determine in the Hamburg courts to the exclusion of the jurisdiction of any other place. In case the Carrier intends to sue the Merchant, the Carrier has also the option to file a suit at the Merchant's place of business. With regard to contracts of carriage concluded in France, or related from with a French port, the court where the Carrier has its principle place of business shall be competent in case of "Appel en Garantie" or "Pluralité de Defendeurs" or "Connexité" the parties to this Sea Waybill expressly derogating from articles 100 to 107, 323, 331 to 333, 336 and 337 French Nouveau Code de Procédure Civile.

Received by the Carrier from Shipper in apparent good order and condition (unless noted herein) the total number or quantity of Containers or packages or units indicated, stated by the Shipper to comprise the Goods specified above, for Carriage subject to all the terms hereof (including the terms on this reverse hereof and the terms of the Carrier's applicable tariff) from the Place of Receipt or the Port of Loading, whichever is applicable, to the Port of Discharge or the Place of Delivery, whichever is applicable. In accepting this Bill of Lading, the Merchant expressly accepts and agrees to all its terms, conditions and exceptions, whether printed, stamped or written, or otherwise incorporated, of which the Merchant is fully aware, notwithstanding the non-signing of the Bill of Lading by the Merchant.
Goods in containers, vans or trailers or portable tanks may be carried on deck at the Carrier's option in accordance with clause 11.

| Number of Original Bills of Lading | Place and Date of Issue |
|---|---|
| 3 / three Original Bills of Lading | Hamburg, Jun. 15, 2006 |

IN WITNESS of the contract herein contained the number of original stated opposite have been issued each one being of the same contents and date, one which being accomplished the other(s) to be void.

**COPY**
**NOT NEGOTIABLE**              ...Agent for the Carrier

Dated Jun. 15, 2006  B/L No. OWLUHA6S060150NY

Page 2  For Port to Port Shipment or combined Trans, Shipment - Please refer to revers side or to www.owl.biz or to your ...nt for terms and conditions

# OCEAN WORLD LINES INC.

**AMS FILING DETAILS REPORT**

| Shipper / Exporter (2) | Booking No. (5) |
|---|---|
| White Horse Machinery Limited<br>Oaktree Business Park<br>Limewood Court<br>Leeds, LS14 1NF Great Britain | **OWLUHA6S060150NY**<br>Export References (6) |
| Consignee (3) (Complete Name and Address)<br>**Issued to Shipper Order** | Forwarding Agent - F.M.C. No (7) (Complete Name and Address) |
| | Point and Country of Origin (8) |
| Notify Party / Address (It is agreed that no responsibility shall attach to the Carrier or his Agent for failure to notify - see clause 22 (1) hereof)<br>**Pastore Printing Services Inc.,**<br>59 Fountain Street<br>Framingham, MA 01702 USA | Also Notify - Routing and Instructions (9) |

| Pre-Carriage by *(12)[1] | Place of Receipt by Pre-Carrier *(13)[1] | Contact for Cargo Release<br>YML YangMingLine |
|---|---|---|
| Vessel   Voyage No     Flag (14)[1]<br>YM Milano / 092W | Port of Loading (15)(10)[1]<br>Bremerhaven | **AMS DATA** |
| Port of Discharge (16)[1]<br>Norfolk | Place of Delivery by On-Carrier *(17)[1]<br>Bourbon, Indiana | |

Particulars furnished by Shipper primicilio@owlusa.com

| Mks & Nos / Container Nos (18) | No./Pkgs. (19) | Description of Packages and Goods (20) | Gross Weight (21) | Measurement (22) |
|---|---|---|---|---|
| YMLU 491 900-0<br>Seal: 499838 | 1x40 | `Dry Van Container: 6 Packages | 19`400 Kgs | |
| YMLU 485 710-3<br>Seal: 240641 | 1x40 | `Dry Van Container: 5 Packages | 19`250 Kgs | |
| GLDU 411 008-0<br>Seal: 240606 | 1x40 | `Dry Van Container: 7 Packages | 19`500 Kgs | |
| YMLU 496949-0<br>Seal: 240685 | 1x40 | `Dry Van Container: 5 Packages | 19`250 Kgs | |
| * Tel 508-872-3981 | | Further Details see Attachment | | |

Freight and Charges payable at / by (24)
Excess Valuation: Shipper declared Value U.S.$   not declared
Refer To Paragraph 10 On Reverse Side And To Rule 12 Of Carrier's Tariff

| | Base | Prepayable | Collect | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | TOTAL | | | |

LAW & JURISDICTION. Whenever the "Carriage of Goods by Sea Act" ("COGSA") of the United States of America applies by virtue of paragraph 6, this contract of carriage is to be governed by United States law [exclusive of its choice of law rules] and the United States Federal Court for the Southern District of New York is to have exclusive jurisdiction to hear all disputes hereunder [including third party proceedings or those involving several defendants]. This clause supersedes any conflicting clause in bills of lading or other documents issued by contractors or sub-contractors of OWL. In all other cases this Bill of Lading shall be governed by the law of the Federal republic of Germany and determined in the Hamburg courts is the exclusive place of business. With regard to contracts of carriage concluded in France, or entered into within a French port, the court where the Carrier has his domicile place of business will be also competent in case of "Appeal on Guarantee" or "Plurality of Defendants" or "Connexite" the parties to this Sea Waybill expressly derogating from articles 100 to 107, 333, 331 to 333, 336 and 337 French Nouveau Code de Procedure Civile.

Received by the Carrier from Shipper in apparent good order and condition, [unless noted herein] the total number or quantity of Containers or packages or units indicated, stated by the Shipper to comprise the Goods specified above, for Carriage subject to all the terms hereof (including the terms on the reverse hereof and the terms of the Carriers applicable tariff) from the Place of Receipt or the Port of Loading, whichever is applicable, to its name, conditions and exceptions, whether printed, stamped or written, or otherwise incorporated, of which the Merchant is fully aware notwithstanding the non-signing of this Bill of Lading by the Merchant.
Goods in container, trailer or tank or portable tank may be carried on deck at the Carrier's option in accordance with clause 11.

| Number of Original Bills of Lading | Place and Date of Issue |
|---|---|
| 3 / three Original Bills of Lading | Hamburg, Jun. 15, 2006 |

IN WITNESS of the contract herein contained the number of original stated opposite have been issued each one being of the same contents and date, one of which being accomplished the other(s) to be void.

**COPY**
**NOT NEGOTIABLE** ...ent for the Carrier

Dated Jun. 15, 2006  B/L No. **OWLUHA6S060150NY**

HBL 19.06.2006 17:17:51 sk@201
[1] Applicable only when this document is used as a combined transport bill of lading, in which case the mention "intended" is to be deemed to be incorporated in relation to the names of the vessel, the port of loading and the port of discharge.



*Gregory - last page of Owl B...*

*Sorry Esq,*

ATTACHMENT

DECRIPTION OF GOODS

HEIDELBERG SM102-12P-7S
28X40 12/C OFFSET PRESS EQUIPPED WITH
- PERFECTING 6/6 OR 12/0,ALCOLOR WITH
VARIO,CP2000,CPC42 AUTO REGISTER,
PRESET,CP2000,PRELOADER,CHROME BLANKET
CYLINDER,GRAFIX EXACTRONIC DUO PLYS
POWDER SPRAY,STEEL PLATE IN FEED AND
DELIVERY,TECHNOTRANS COMBINED
REFRIGERATION WITH INK TEMPERATURE
CONTROL,EXTENDED MEMORY,PREPRESS LINK
INTERFACE WITH APPROXIMATELY 130 MM
IMPRESSIONS.
SHIPPING TERMS:FOB ANY
EUROPEAN PORT
(HS 84431910)
ISSUING BANK'S REFERENCE
NUMBER 94022962

FREIGHT COLLECT
FOB AND FREIGHT CHARGES
TO BE PAID BY PASTORE
PRINTING SERVICES,INC.

FINAL DESTINATION HARMONY
LEASING CORP.,115 N MAIN
STREET,BOURBON,INDIANA
46504.

SHIPPED ON BOARD
YM MILANO
15 JUNE 2006
FROM BREMERHAVEN

( SHIPPER'S LOAD,
  STOWAGE AND COUNT )

FCL/FCL

*3*

Gregory - last page of owe B/L

Sorry
Esq,

# ATTACHMENT

## DECRIPTION OF GOODS

HEIDELBERG SM102-12P-7S
28X40 12/C OFFSET PRESS EQUIPPED WITH
- PERFECTING 6/6 OR 12/0,ALCOLOR WITH
VARIO,CP2000,CPC42 AUTO REGISTER,
PRESET,CP2000,PRELOADER,CHROME BLANKET
CYLINDER,GRAFIX EXACTRONIC DUO PLYS
POWDER SPRAY,STEEL PLATE IN FEED AND
DELIVERY,TECHNOTRANS COMBINED
REFRIGERATION WITH INK TEMPERATURE
CONTROL,EXTENDED MEMORY,PREPRESS LINK
INTERFACE WITH APPROXIMATELY 130 MM
IMPRESSIONS.
SHIPPING TERMS:FOB ANY
EUROPEAN PORT
(HS 84431910)
ISSUING BANK'S REFERENCE
NUMBER 94022962

FREIGHT COLLECT
FOB AND FREIGHT CHARGES
TO BE PAID BY PASTORE
PRINTING SERVICES,INC.

FINAL DESTINATION HARMONY
LEASING CORP.,115 N MAIN
STREET,BOURBON,INDIANA
46504.

SHIPPED ON BOARD
YM MILANO
15 JUNE 2006
FROM BREMERHAVEN

( SHIPPER'S LOAD,
  STOWAGE AND COUNT )

FCL/FCL

(3)