# EXHIBIT JJ

### SERVICE CONTRACT 810805

THIS AGREEMENT IS ENTERED INTO BETWEEN **OWL WORLD LINES EUROPE GMBH**
(HEREINAFTER CALLED "MERCHANT/SHIPPER") AND YANGMING MARINE TRANSPORT
CORPORATION AND YANGMING (UK) LTD (HEREINAFTER CALLED "CARRIER") FOR THE
TRANSPORTATION OF COMMODITIES AS SET FORTH IN THE COMMODITY SECTION HEREIN.


**TERM 1. ORIGINS :**
   **TRANSATLANTIC WESTBOUND**
      GERMANY, NETHERLANDS, BELGIUM, FRANCE, UK,SPAIN

      OTHER COUNTRIES SERVICED VIA ARBITARY PORTS :
      POLAND

**TERM 2. DESTINATIONS :**
   **TRANSATLANTIC WESTBOUND**
      USA


**TERM 3. COMMODITIES :**
      PLEASE REFER TO "COMMODITY" SHEET


      **NOTE FOR TRANSATLANTIC WESTBOUND COMMODITIES :**
      **"**CARGO N.O.S." EXCLUDES THE FOLLOWING :
      BEER, CHEMICALS, METAL SCRAP, PAPER, WINES AND SPIRITS, HAZARDOUS
      CARGOES, COILS SHIPMENTS, SHIPMENTS IN REEFERS, SHIPMENTS IN TANKS.


**TERM 4. MINIMUM QUANTITY :**

      PLEASE REFER TO "HEADER" SHEET

**TERM 5. SERVICE COMMITMENTS**

      THE CARRIER AGREES TO MAKE AVAILABLE DURING THE TERM OF THIS CONTRACT
      VESSEL CAPACITY ADEQUATE TO CARRY (1) THE MINIMUM QUANTITY
      COMMITMENT OF CARGO AND (2) AT CARRIER'S OPTION ANY ADDITIONAL CARGO
      TENDERED BY THE MERCHANT DURING THE TERM OF THIS CONTRACT.
      THE MERCHANT AGREES THAT AS FAR AS POSSIBLE CARGO COMMITTED UNDER
      THIS CONTRACT WILL BE SHIPPED EVENLY THROUGHOUT THE DURATION OF
      THE CONTRACT. THE MERCHANT AGREES TO GIVE FOURTEEN (14) DAYS BOOKING
      NOTICE, IF POSSIBLE, BUT IN GENERAL NOT LESS THAN SEVEN (7) DAYS, TO
      THE CARRIER.

**TERM 6. RATES OR RATE SCHEDULES**


  **TRANSATLANTIC WESTBOUND :**
      FOR RATES, PLEASE REFER TO "(6-1) OCEAN FREIGHT" SHEET


      **TRANSATLANTIC WESTBOUND ASSESSORIALS**

      1).    UNLESS OTHERWISE SPECIFIED IN THE RATE ITEM, ALL ACCESSORIAL
             CHARGES CONTAINED IN CARRIER'S APPLICABLE COMMODITIES TARIFF
             FMC-102/61/63/65/66/67 OR SUBSTITUTE TARIFFS SHALL BE CHARGABLE
             IN ADDITION TO THE RATES INDICATED UNDER THE RATE COLUMN ABOVE.
             THESE ASSESSORIAL CHARGES SHALL INCLUDE, BUT SHALL NOT BE
             LIMITED TO CAF, THC, CSC, BAF, ARB, CUC, DOCUMENTATION FEES AND
             ANY ADOPTED AT ANYTIME DURING THE PENDENCY OF THIS CONTRACT IN
             THE CASE OF FORCE MAJEURE OR OTHER SUCH OCCURRENCES.

      2).    40' HQ WILL BE RATED SAME AS 40'STANDARD.

      3).    SPECIAL EQUIPMENT SURCHARGE FOR IN GAUGE OPEN TOPS, FLAT
             RACKS CONTAINERS :

```
              EX NCP/UK BASE PORTS : $450/20'; $550/40'
              EX MED BASE PORTS : $400/20'; $600/40'

    4).     HAZARDOUS CARGO SURCHARGE : $100/20' AND $150/40'.
            HAZARDOUS CARGO IS SUBJECT TO CARRIER'S ACCEPTANCE.
            CLASS 1 AND 7 ARE STRICTLY PROHIBITED.

    5).     CHASSIS USAGE CHARGE : $60 PER CHASSIS

    6).      SMDC (SECURITY MANIFEST DOCUMENTATION CHARGE) :
            $30 PER CARGO DECLARATION

    7).     MERCHANT MAY PICK UP EMPTY CONTAINERS AT INLAND DEPOTS IN
            GERMANY, AUSTRIA, SWITZERLAND, HUNGARY AND CZECH REPUBLIC
            AGAINST A HANDLING FEE OF EUR 39 PER BOX AT
            CARRIER'S CONVENIENCE AND SUBJECT TO PRIOR AGREEMENT.
            -CARRIER AGREES MERCHANT TO PICK-UP EMPTY CONTAINER IN BREMEN
             WITH NO PICK UP CHARGE.

    8).     CSC IN EUROPE AND PTSC IN MED :

            TO OR VIA PORTS IN:   PER CONTAINER
            BELGIUM                 140 EURO
            UNITED KINGDOM          114 GBP
            IRELAND                 160 EURO
            FRANCE (LE HAVRE)       143 EURO
            GERMANY                 170 EURO
            NETHERLANDS             156 EURO
            DENMARK                 685 DKK
            FINLAND                  66 EURO
            NORWAY                  780 NOK
            SWEDEN                  740 SEK
            RUSSIA                  200 USD
            GENOA, NAPLES, ITALY    106 EUR/20', 119 EUR/40'
            BARCELONA, SPAIN        111 EUR/20', 126 EUR/40'
            PORTUGAL                 92 EUR/20', 105 EUR/40'

    9).    TSC (TERMINAL SECURITY CHARGE) : AS PER TARIFF FMC-61

   10).    US INLANDS : AS PER TARIFF FMC-66

   11).    EUROPEAN INLANDS : AS PER TARIFFS FMC-63/65/67

   12).    OUTPORT ARBITRARIES : AS PER TARIFF FMC-61

   13).    DEMURRAGE : AS PER TARIFF FMC-61

   14).    DETENTION : AS PER TARIFF FMC-61
           SPECIAL AGREEMENT:
           IN CASE MERCHANT IS PERFORMING OWN PRE-CARRIAGE EX FINLAND,SWEDEN,
           NORWAY AND DENMARK TO CARRIER'S BERTH PORT OF LOADING (RTM/BRV)
           10 CALENDAR DAYS FREE TIME OF DETENTION COUNTING FROM CONTAINER
           PICK UP AT CARRIER'S DEPOT TO DELIVERY CARRIER'S BERTH
           PORT OF LOADING ARE ALLOWED. NECESSARY REPORTING AS PER COMMON
           PRACTICE E.G. CUSTOMS ETC. TO BE PERFORMED BY MERCHANT.
           CSC BERTH PORT OF LOADING IS APPLICABLE AS PER ITEM 8.

   15).    NO LO/LO CHARGE IN UK
```

**NOTES APPLICABLE TO TRANSATLANTIC WESTBOUND**

NOTE 1 : GENERAL RATE INCREASE (GRI) CLAUSE

```
        IF AT ANY TIME DURING THE TERM OF THIS CONTRACT, CARRIER
        PUBLISHES IN A GOVERNING TARIFF A RATE INCREASE APPLICABLE
        TO ONE OR MORE OF THE COMMODITIES COVERED BY THIS CONTRACT,
        THE CONTRACT RATES WILL BE ADJUSTED UPWARD IN THE AMOUNT OF
        SUCH INCREASE.  PROVIDED, HOWEVER, THAT IF SHIPPER GIVES THE
```

CARRIER WRITTEN NOTICE WITHIN TEN (10) DAYS OF THE PUBLICATION
OF THE GRI THAT IT OBJECTS TO THE APPLICATION OF THE GRI
AMOUNT TO THE CONTRACT RATES, THE PARTIES SHALL DISCUSS AN
APPROPRIATE GRI AMOUNT.  IF THE PARTIES AGREE TO A GRI
AMOUNT OTHER THAN THAT PUBLISHED IN THE TARIFF, THE AGREED
AMOUNT WILL BE REFLECTED IN AN AMENDMENT TO THE CONTRACT AND
FILED WITH THE FEDERAL MARITIME COMMISSION.

IF THE PARTIES ARE UNABLE TO MUTUALLY AGREE ON A COMPROMISE
GRI AMOUNT APPLICABLE TO THE CONTRACT RATES, EITHER PARTY MAY
TERMINATE THIS CONTARACT UPON TEN (10) DAYS' WRITEN NOTICE TO
THE OTHER PARTY.  WRITTEN NOTICE OF TEMINATION SHALL BE PROVIDED
TO THE FEDERAL MARITIME COMMISSION WITHIN THIRTY (30) DAYS OF THE
EFFECTIVE DATE OF THE INCREASE.  UPON TERMINATION, THE SHIPPER'S
MINIMUM QUANTITY COMMITMENT SHALL BE PRORATED IN THE SAME PROPORTION
THE REVISED CONTRACT TERM BEARS TO THE ORIGINAL CONTRACT TERM.

NOTE 2 : NOTWITHSTANDING ANY PROVISION TO THE CONTRARY IN THIS SERVICE
CONTRACT OR ANY GOVERNING PUBLICATION, INCLUDING ANY LIMITATION
OR RESTRICTION ON THE APPLICATION OF NEW SURCHARGES DURING THE
TERM OF THIS CONTRACT, THE PARTIES AGREE THAT THE FOLLOWING
CHARGES SHALL APPLY TO THE EXTENT PUBLISHED IN A PUBLICATION
GOVERNING THIS CONTRACT AT ANY TIME DURING THE TERM OF THE
CONTRACT : ANY CHARGE OR SURCHARGE RELATING TO COST INCURRED
IN CONNECTION WITH THE NEWLY-ESTABLISHED SECURITY REQUIREMENTS
(WHETHER ESTABLISHED BY LAW, STATUTE, REGULATION, OR BY A SERVICE
PROVIDER TO CARRIER) APPLICABLE TO OR RELATING TO ANY PORTION OF
THE TRANSPORTATION AND RELATED SERVICES PROVIDED UNDER THIS
CONTRACT AND SHALL SPECIFICALLY INCLUDE ALL CHARGES RELATED TO
THE COST OF INSPECTING ANY CARGOES CARRIED PURSUANT TO THIS
CONTRACT.

**TERM 7. LIQUIDATED DAMAGES FOR NON-PERFORMANCE, IF ANY**

PLEASE REFER TO FMC-102, RULE 108.

**TERM 8. DURATION OF THE CONTRACT :**

PLASE REFER TO "HEADER" SHEET

BEFORE THE EXPIRATION DATE EITHER PARTY SHALL HAVE THE RIGHT
TO UNILATERALLY TERMINATE THIS CONTRACT BY PROVIDING WRITTEN
NOTICE OF SUCH CANCELLATION/TERMINATION PROVIDED ALWAYS THAT
THE MINIMUM VOLUME HAS BEEN ACHIEVED.

**TERM 9. SHIPPER'S STATUS CERTIFICATION AND AFFILIATES, IF ANY**

PURSUANT TO FMC REGULATION 46 CFR 514.7(E) AND, FOR CONTRACTS
ENTERED INTO AFTER MAY 1, 1999 SECT 530.6 MERCHANT BY EXECUTION
OF THIS CONTRACT CERTIFIES HIS SHIPPING STATUS AND THAT OF ALL
HIS AFFILIATES AUTHORIZED TO UTILIZE THIS CONTRACT AS **NVOCC**

**(IF NVOCC, FOLLOWING CLAUSE MUST BE COMPLETED)**
I CORD BRUEGGE HEREBY CERTIFY THAT OWL
IS A DULY LICENSED AND BONDED NON-VESSEL OWNER COMMON CARRIER
HAVING SURETY BOND # __**9920541**__ DATED_____
ISSUED BY _____ ON _____.

THE OFFICER/DIRECTOR AGREES AND WARRANTS, PERSONALLY AND ON BEHALF
OF THE SAID NVOCC, THAT THE CARRIER  WILL BE NOTIFIED IN WRITING OF
ANY CHANGES IN THE ABOVE DETAILS WITHIN 24 HOURS OF THE CHANGE
OCCURRING.

PURSUANT TO FMC REGULATION 46 C.F.R. 530.6, MERCHANT BY EXECUTION OF
THIS CONTRACT CERTIFIES HIS SHIPPING STATUS AND THAT OF ALL HIS
AFFILIATES AND ANY THIRD PARTIES AUTHORIZED TO UTILIZE THIS
CONTRACT AS NVOCCS WHICH HAVE A BOND ON FILE WITH THE FEDERAL
MARITIME COMMISSION AND WHERE APPLICABLE ARE LICENSED AS OCEAN
TRANSPORT INTERMEDIARIES BY THE FEDERAL MARITIME COMMISSION.

ANY THIRD PARTY NOVOCC COMPANY WHICH IS ADDED TO THIS SERVICE
CONTRACT AS AN ADDITIONAL PARTY MUST CERTIFY TO THE CARRIER THAT IT
IS BONDED AND, WHERE APPLICABLE, THAT IT IS PROPERLY LICENSED UNDER
FEDERAL MARITIME COMMISSION REGULATIONS, NO THIRD PARTY NVOCC
COMPANY CAN BE ADDED TO THIS CONTRACT UNLESS IT IS PROPERLY BONDED
AND, WHERE APPLICABLE, LICENSED.

**AFFILIATES LIST :**
PLEASE REFER TO "AFFILIATES" SHEET, IF ANY

**BOOKING AGENTS :**
OCEAN WORLD LINES FRANCE, LE HAVRE
OCEAN WORLD LINES, NETHERLANDS
OCEAN WORLD LINES, DUESSELDORF/GERMANY
DOLPHIN SCHIFFAHRTASGENTUR GMBH, VIENNA
FURNESS SCHIFFAHRT & AGENTUR AG, ZURICH
TRANSWECO FRAKTMAGLARNA AB, MALMO
TRANSWECO FRAKTMAGLARNA AB, GOTHENBURG
SCAN WECO, FRAKTMEGLERNE, OSLO, NORWAY
TAVATUR SHIPPING, FINLAND
SEA LINE AGENCIES, DUBLIN
SEACARGO SCHIFFAHRTSKONTOR, FREIGERICHT
OCEAN WORLD LINES BELGIUM
OCEAN WORLD LINES PORTUGAL LDY
OCEAN WORLD LINES GDYNIA
**TRANSOCEAN SHIPPING TRANSPORTAGENTUR GMBH,VIENNA**
**TRANSOCEAN SHIPPING TRANSPORTAGENTUR GMBH,MUNICH**
**TRANSOCEAN SHIPPING TRANSPORTAGENTUR GMBH,DUESSELDORF**
**TRANSOCEAN SHIPPING BRANCH OFFICE ,PRAGUE  •ADD**

MERCHANT CERTIFIES THAT ANY BOOKING AGENTS IDENTIFIED IN THIS
CONTRACT WILL NOT BE ISSUING THEIR OWN HOUSE BILLS OF LADING AND
THAT THEY WILL SOLELY BE ISSUING THE MERCHANT'S BILL OF LADING
COVERING SHIPMENTS UNDER THIS CONTRACT.

**TERM 10. RECORDS**
PLEASE REFER TO FMC-102 RULE 104.

**TERM 11. OTHER PROVISIONS OF THE CONTRACT**
PLEASE REFER TO FMC-102 RULES 101, 103, 105,
106, 107, 109.

**SUPPLEMENTARY FORCE MAJEURE CLAUSE:**
IN THE EVENT THAT CARRIER IS PROHIBITED BY THE U.S. CUSTOMS SERVICE
FROM UNLOADING SOME OR ALL OF THE CARGO ON A PARTICULAR VESSEL AND
SUCH PROHIBITION IS NOT DUE TO ANY ACT OR OMISSION OF THE CARRIER,
THEN SUCH PROHIBITION SHALL CONSTITUTE A FORCE MAJEURE EVENT THAT
SHALL RELIEVE CARRIER FROM RESPONSIBILITY FOR ANY AND ALL DELAY,
DAMAGE, INJURY AND EXPENSE SUFFERED OR INCURRED AS A RESULT THEREOF
INCLUDING, BUT NOT LIMITED TO, BREACHES OF SERVICE COMMITMENTS AND/OR
TRANSIT TIME GUARANTEES.

**CONFIDENTIALITY CLAUSE :**
UNLESS AUTHORIZED BY THE OTHER PARTY, NEITHER PARTY WILL DISCLOSE THE
CONTRACT RATES, TERMS
CONDITIONS AND QUOTATIONS OTHER THAN TO ITS EMPLOYEES, AGENTS,
FORWARDER, BROKER, TARIFF FILERS, LAWYERS OR AUDITORS, EXCEPT FOR THE
CONTRACT TERMS, CONDITIONS OR INFORMATION THAT IS:
       -A : REQUIRED BY LAW OR LEGAL PROCESS TO BE PUBLISHED OR
DISCLOSED.
       -B : INCORPORATED HEREIN BY REFERENCE FROM A PUBLISHED TARIFF.
       -C : DISCLOSED TO ANY PERSON PARTICIPATING WITH CARRIER IN THE
TRANSPORTATION UNDER THE CONTRACT OR RECEIVING COPIES OF THE BILL OF
LADING FOR CONTRACT SHIPMENTS.

**TERM 12. SUPERCESSION**

IN THE EVENT OF ANY CONFLICT BETWEEN THE TERMS OF THIS
AGREEMENT AND THE CARRIER'S LONG FORM BILL OF LADING THE
TERMS OF THE LONG FORM BILL OF LADING SHALL PREVAIL. THE
TERMS AND CONDITIONS OF CARRIER'S LONG FORM BILL OF
LADING ARE INCORPORATED HEREIN AS IF SET OUT AT LENGTH
HEREIN.  THE TERMS AND CONDITIONS OF CARRIER'S LONG
FORM BILL OF LADING ARE AVAILABLE FROM THE CARRIER OR
ANY IF ITS DESIGNATED AGENTS.

**TERM 13. SIGNATURE DATE/ CONTRACT PARTIES/ SIGNATORIES**
THIS CONTRACT IS DULY SIGNED IN HAMBURG  ON THE 27.DEC,
2005 BY THE MERCHANT AND THE CARRIER.

**SHIPPER :**
OCEAN WORLD LINES EUROPE GMBH
ON BEHALF OF
OCEAN WORLD LINES INC.
1981 MARCUS AVENUE
LAKE SUCCESS, NY 11042

**CARRIER:**
YANG MING SHIPPING EUROPE GMBH
AS AGENT FOR
YANGMING MARIN TRANSPORT CORP
& YANG MING (UK) LTD
OBERBAUMBRUECKE 1
20457 HAMBURG, GERMANY.

BY : _____

BY : _____

CAPT. P.Y. SHIEH
MANAGING DIRECTOR

CORD BRUEGGE
MANAGING DIRECTOR