# EXHIBIT KK

# INDIANA LINEHAUL

| Destination | Rate | Destination | Rate |
|---|---|---|---|
| **Indiana** | | Connersville | $687 |
| | | Crane | $712 |
| **A** | | Cedar Lake | $304 |
| Akron | $479 | Clarksville | $845 |
| Albion | $515 | Claypool | $467 |
| Alexandria | $603 | Corydon | $831 |
| Anderson | $582 | Covington | $478 |
| Andrews | $520 | Crawfordsville | $501 |
| Angola | $510 | Crown Point | $309 |
| Attica | $489 | Cumberland | $586 |
| Avilla | $541 | **D** | |
| Auburn | $603 | Dale | $695 |
| **B** | | Decatur | $677 |
| Bargersville | $614 | Delphi | $449 |
| Bedford | $679 | Dyer | $283 |
| Berne | $595 | Dunkirk | $619 |
| Bloomfield | $679 | **E** | |
| Bloomington | $655 | East Chicago | $258 |
| Bluffton | $562 | Edinburg | $634 |
| Borden | $804 | Elkhart | $412 |
| Boswell | $397 | Elmwood | $565 |
| Bourbon | $408 | Elwood | $593 |
| Brazil | $586 | Evansville | $822 |
| Bremen | $396 | **F** | |
| Brimfield | $480 | Fairmount | $571 |
| Bristol | $426 | Ferdinand | $967 |
| Brookston | $423 | Fishers | $573 |
| Brookville | $748 | Flora | $470 |
| Brownsburg | $551 | Fortville | $593 |
| Burns Harbor | $309 | Fowler | $400 |
| Butler  *BOURBON, IN* | $542  *$442* | Francesville | $383 |
| **C** | | Frankfort | $490 |
| Carmel | $597 | Franklin | $615 |
| Churubusco | $340 | fremont | $525 |
| Charlestown | $811 | French Lick | $773 |