**EXHIBIT 1**

# Ocean World Lines, Inc.

1981 Marcus Avenue, Suite E100 - Lake Success, NY 11042 (USA)
Tel. +1 516 616 2400 - Fax +1-516 616 2424

Attn Joyce  FX (214) 733-1093

**DELIVERY ORDER**
**NYM01871**

Cargo available at:
Norfolk & Southern Chicago
2610 W. 79TH Street
Chicago, IL
Tel. 773-993-5874
Fax 773-933-5675

Delivery address:
HARMONY LEASING CORP
115 N MAIN STREET
BOURBON, IN 46504
574 342-0215

| | |
|---|---|
| OWL Reference No.: | NYM01871 |
| OWL Contact: | Donna L. Colchetti |
| Origin HBL No.: | OWLUHA6S060150NY |
| Ocean Carrier: | Yang Ming Line |
| Carrier MBL#: | YMLUT670037050 |
| Ocean Vessel: | Yang Ming Milano / 092 |
| Port of Discharge: | Norfolk |
| Arrival Date: | 06/27/2006 |
| Freetime Ends on: | 07/03/2006 |
| I.T. Number: | V10015928B1 |
| I.T. Issued: | 06/21/2006 |
| Estimated Arrival FD: | |

PLS CALL 574 342-0215

*57334W*

Atten: Steve

| Mks & Nos / Container Nos | No./Pkgs. | Description of Packages and Goods | Gross Weight | Measurement |
|---|---|---|---|---|
| YMLU 491 900-0 | 1 | × 40' Dry Van Container: 6 | 19,400 Kgs =42,770 Lbs. | |
| YMLU 485 710-3 | 1 | × 40' Dry Van Container: 5 | 19,250 Kgs =42,439 Lbs. | |
| GLDU 411 008-0 | 1 | × 40' Dry Van Container: 7 | 19,500 Kgs =42,950 Lbs. | |
| YMLU 496 949-0 | 1 | × 40' Dry Van Container: 5 | 19,250 Kgs =42,439 Lbs. | |

W# M1025147

USKBB
USCHIRS1
$.408

OCEWORL

Any charges incurred due to overtime at receivers premises are for the receivers account. OWL will not be responsible for these additional charges.

To ensure payment of trucking invoice, please attach copy of this D.O. to your invoice with OWL Ref# mentioned.

Signature of delivery

This company has a policy against payment, solicitation, or receipt of any rebate, directly or indirectly, which would be unlawful under the United States Shipping Act, 1984 as amended. [...] subject to the terms and conditions of the National Customshouse Brokers & Forwarders Association of America, Inc.

Exhibit 1    D109