**EXHIBIT 2**

# WORK ORDER

| | |
|---|---|
| Yang Ming (America) - CHI | DATE: 7/5/2006 5:07 PM |
| Issued By: Joyce Fairley | |
| SHIPVOY: YM MILANO V34W - 57334W | WO#: M1025147 |
| P/U LOCATION: NORFOLK SOUTHERN RAIL, LANDERS<br>2543 WEST COLUMBUS DR<br>CHICAGO IL | DESTINATION: (USKBB) |
| ISSUED TO: DJURIC TRUCKING INC.<br>Tel#: 2199331090<br>Fax#: 2199331093<br>Attn: ZORAN DJURIC | DELIVERY TO: HARMONY LEASING CORP 115 N MAIN STREET BOURBON IN 46504<br>Tel: 574 342 0215<br>PIC: |
| RETURN EMPTY TO: | |
| MODE: Live load | |
| RATE: $408 | FUEL SURCHARGE: 20% |
| TRUCKER NAME: DJURIC TRUCKING INC. (D1094) | Grand Total: 2158.4 |

| CONTAINER# | B/L# | SIZE | PICKUP# | L.E. DATE | HAZ | COMMODITY | WEIGHT | RATE | SURCHARGE |
|---|---|---|---|---|---|---|---|---|---|
| GLDU4110080 | T670037050 | 40DC | 3470 | 07/06/2006 | N | OTHER OFFSET PRINTING MACHINERY | 42900 | $408 | Chassis $50.00<br>FSC $81.6 |
| YMLU4857103 | T670037050 | 40DC | 3657 | 07/07/2006 | N | OTHER OFFSET PRINTING MACHINERY | 42350 | $408 | Chassis $50.00<br>FSC $81.6 |
| YMLU4919000 | T670037050 | 40DC | 3693 | 07/06/2006 | N | OTHER OFFSET PRINTING MACHINERY | 42680 | $408 | Chassis $50.00<br>FSC $81.6 |
| YMLU4969490 | T670037050 | 40DC | 3730 | 07/06/2006 | N | OTHER OFFSET PRINTING MACHINERY | 42350 | $408 | Chassis $50.00<br>FSC $81.6 |

Total: 0 X 20'    4 X 40'    0 X 45'

*PLUS $125.00/BACK TO LPC AND $25.00/TOLL*
*PLUS $125.00/BACK TO LPC AND $25.00/TOLL*

1. Any and all waiting time should be billed directly to the supplier by the truck line.
2. Always obtain proof of delivery and maintain in your files, we will request it from you if required.
3. Please include all containers showing on this work order on your one invoice for this movement.
4. No additional detention or per diem will be approved for payment without advance notification at time of delivery.
5. YML will not accept responsibility for demurrage if not notified at least 48 hours prior to pick up.
6. Two Hours unloading time only, any and all waiting time should be billed directly to the supplier by the truck line.
7. Please include all containers showing on this work order on your one invoice for this movement with TIR and do not write-out the trucking rate.

000002

Exhibit 2

*If you have questions, please do not hesitate to contact our office at*
*Tel#: 630-572-5746    Fax#: 630-572-0805    e-mail: joycefairley@ymlusa.com*