**EXHIBIT 3**

William Cunnion

From: Jerry Lopez - chi eqc [jerrylopez@YMLUSA.COM]
Sent: Friday, August 18, 2006 12:52 PM
To: Susan Del Guercio; William Cunnion
Subject: FW: GLDU411008-0

MESSAGE ORIGIN = YMLUSA, SENT DATE(NY) = 12:52:20 Fri 18 Aug 2006

FYI.

Jerry.

-----Original Message-----
From: Steve [mailto:dispatch2@djurictrucking.com]
Sent: Monday, August 07, 2006 11:21 AM
To: Jerry Lopez - chi eqc
Cc: dispatch; rich
Subject: GLDU411008-0

MESSAGE ORIGIN = OUTSIDE, RECEIVED DATE(NY) = 12:18:54 Mon 07 Aug 2006

This letter is in reference to GLDU411008-0 which was low-bridged by Djuric driver on 7-06-06. A police report was never done at the scene, subsequently all we have is the drivers signed account of the incident.

Djuric does take full responsibility for damage done to container.

On 7-14-06 Djuric Trucking was then informed to take container back to BNSF (Elwood), once we arrived there rail yard was unable to lift off our chassis, we were instructed to drop container and chassis at Integrated Industries in Channahon, IL. As of today container and chassis are still in Channahon, IL. Please advise when our chassis will be available for pick-up and possible container pick-up.

Thank-you
Steve Greathouse
Djuric Trucking

1

Exhibit 3   D 016