**EXHIBIT 4**

**DJURIC TRUCKING, INC.**
4805 SHEFFIELD AVE
HAMMOND, IN 46327

Home    Contact Us

- ABOUT US
- TRANSPORTATION
- DEPOT SERVICES
- EMPLOYMENT
- CONTACT US



DJURIC TRUCKING, INC.

"COMMODITIES IN GENERAL"

### AREAS OF OPERATION

We service all 48 contiguous states. Our highest lanes of activity include:



- Illinois
- Indiana
- Iowa
- Michigan
- Ohio
- Wisconsin
- More

Contact Us for a personalized quote today.

### TRANSPORTATION SERVICES

Djuric Trucking understands your need for fast, reliable, and cost effective transportation services. We maintain over 65 power units and a vast inventory of specialized equipment to meet your immediate needs. We deliver 95% on-time performance and are fully insured and bonded. Services we provide include:



DOWNLOAD THE DJURIC PROFILE

**Intermodal**
We offer both regional and long haul drayage and storage of rail containers. We manage the entire process including pickup, delivery, and termination and maintain all of the necessary equipment.

**Flatbed**
We can handle most regional and long haul shipments too heavy or bulky for dry van trailers, including full or partial loads.

**Specialized**
We have experience transporting a variety of specialized freight, including SOL Tanks and Ultralights. Contact Us to find out if we can meet your specialized needs.

**Hazardous Material**
We are a certified carrier for Hazardous Material and employ drivers certified for hazardous material transportation.

**Dry Van**
We can handle most regional and long haul shipments of your dry goods.

**Refrigeration**
We can handle most perishable or temperature sensitive goods using our refrigerated trailers.

---

Home | About Us | Transportation | Depot | Equipment | Employment | Contact Us
Copyright © Djuric Trucking, Inc., 2006. All Rights Reserved

**DJURIC TRUCKING, INC.**
4805 SHEFFIELD AVE
HAMMOND, IN 46327

Home    Contact Us

- ABOUT US
- TRANSPORTATION
- DEPOT SERVICES
- EMPLOYMENT
- CONTACT US



DJURIC TRUCKING, INC.
"COMMODITIES IN GENERAL"

### AREAS OF OPERATION

We service all 48 contiguous states. Our highest lanes of activity include:



- Illinois
- Indiana
- Iowa
- Michigan
- Ohio
- Wisconsin
- More

Contact Us for a personalized quote today.

### DEPOT SERVICES

Djuric Trucking offers two full service, bonded depot facilities for international and domestic intermodal customers.

**Hammond Terminal**
Occupies 12 acres and features a fenced yard, security cameras and guards.

**Indianapolis Terminal**
Occupies 7 acres and features a fenced Yard, security cameras and guards



DOWNLOAD THE DJURIC PROFILE

Services performed include:

- CNT Storage
- Chassis Storage
- Yard Storage for Loaded Container
- Empty Lift Capabilities
- 20' & 40' Inspection TIR/EIR
- 20' & 40' Chassis Inspection TIR/EIR
- Full Service Maintenance & Repair
- Cross docking
- Stuffing and de-stuffing
- General cleaning
- Steam cleaning



Home | About Us | Transportation | Depot | Equipment | Employment | Contact Us
Copyright © Djuric Trucking, Inc., 2006. All Rights Reserved