**EXHIBIT 5**

SAFER Web - Company Snapshot DJURIC TRUCKING INC                                Page 1 of 3

○ USDOT Number  ○ MC/MX Number  ● Name

Enter Value: DJURIC TRUCKING IN

[Search]

**Company Snapshot**
DJURIC TRUCKING INC
USDOT Number: 492919

**ID/Operations** | **Inspections/Crashes** | **Safety Rating** | **Insurance**



Other Information for this Carrier
▼ SafeStat Results
▼ Licensing & Insurance

Carriers: If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

Carrier and other users: FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800) 832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to SAFER General Help.

The information below reflects the content of the FMCSA management information systems as of 01/08/2008.

| | | | |
|---|---|---|---|
| Entity Type: | Carrier | | |
| Out of Service (Interstate Only): | No | Out of Service Date: | None |
| Legal Name: | DJURIC TRUCKING INC | | |
| DBA Name: | | | |
| Physical Address: | 4805 SHEFFIELD AVENUE HAMMOND, IN  46327 | | |
| Phone: | (219) 933-1090 | | |
| Mailing Address: | 4805 SHEFFIELD AVENUE HAMMOND, IN  46327 | | |
| USDOT Number: | 492919 | State Carrier ID Number: | |
| MC or MX Number: | 255761 | DUNS Number: | -- |
| Power Units: | 55 | Drivers: | 41 |
| MCS-150 Form Date: | 09/13/2007 | MCS-150 Mileage (Year): | 3,000,000 (2002) |

**Operation Classification:**

| | | | |
|---|---|---|---|
| X Auth. For Hire | Priv. Pass.(Non-business) | State Gov't | |
| Exempt For Hire | Migrant | Local Gov't | |
| Private(Property) | U.S. Mail | Indian Nation | |
| Priv. Pass. (Business) | Fed. Gov't | | |

**Carrier Operation:**

| | | |
|---|---|---|
| X Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
|---|---|---|
| X General Freight | Liquids/Gases | Chemicals |
| Household Goods | X Intermodal Cont. | X Commodities Dry Bulk |
| X Metal: sheets, coils, rolls | Passengers | X Refrigerated Food |
| | Oilfield Equipment | |

Exhibit 5

|  |  |  |  |
|---|---|---|---|
| Motor Vehicles | Livestock | Beverages |
| Drive/Tow away | Grain, Feed, Hay | X Paper Products |
| X Logs, Poles, Beams, Lumber | Coal/Coke | Utilities |
| X Building Materials | Meat | Agricultural/Farm Supplies |
| Mobile Homes | Garbage/Refuse | Construction |
| Machinery, Large Objects | US Mail | Water Well |
| X Fresh Produce | | |

ID/Operations | Inspections/Crashes | Safety Rating | Insurance

Inspection results for 24 months prior to: 01/08/2008

Total inspections: 135

Note: Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to Inspections Help for further information.

Inspections:

| Inspection Type | Vehicle | Driver | Hazmat |
|---|---|---|---|
| Inspections | 80 | 135 | 16 |
| Out of Service | 30 | 14 | 1 |
| Out of Service % | 37.5% | 10.4% | 6.2% |
| Nat'l Average % (2005-2006) | 23.14% | 6.80% | 5.39% |

Crashes reported to FMCSA by states for 24 months prior to: 01/08/2008

Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 5 | 5 |

ID/Operations | Inspections/Crashes | Safety Rating | Insurance

The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.

Carrier Safety Rating:

The rating below is current as of: 01/08/2008

Review Information:

| Rating date: | 10/27/2004 | Review Date: | 10/20/2004 |
|---|---|---|---|
| Rating: | Satisfactory | Type: | Compliance Review |

ID/Operations | Inspections/Crashes | Safety Rating | Insurance

For the most current information on the status of operating authority and insurance for this carrier, go to the FMCSA Licensing & Insurance site.

SAFER Links

Skip Links | Home | Feedback | Contact | DataQs | FAQ | Accessibility | Privacy Notice | Related Links | Acrobat Reader Download