**EXHIBIT 6**




Home | About OWL | Services | Agency List | Links | Login | Imp

B/L Terms | IT Services

## Services

- Worldwide FCL ocean freight services
- Worldwide FCL cross-trades, especially on the Transpacific trade
- Reefer container shipments
- Special equipment and oversized cargo shipments
- Worldwide inland haulages for full containers
- Breakbulk shipments
- Project shipments
- Ro/Ro shipments
- Chartering
- Car imports from the United States
- CFS operations
- Airfreight
- Warehousing


A Pacer International Company


Making your world a little smaller

Copyright © 2006 Ocean World Lines. All rights reserved. Impressum

Exhibit 6

# Ocean World Lines

## Non Vessel Operating Common Carrier (NVOCC)

OWL maintains a complete range of ocean freight services for all your cargo requirements. Our buying power with core ocean freight carriers ensures competitive rates and the best selection of carriers.

- Ocean Common Carrier
- Licensed to issue own bill of lading
- Personalized Sales/Customer Service
- Full Container Service
- Global Export and Import Service
- Intermodal Service
- Truck/Rail
- Local Customer Documentation
- Airfreight





# About OWL

Ocean World Lines (OWL) is a modern, maritime transport company that has been successfully established in the market for many years. As a neutral FCL NVOCC (Non-Vessel-Operating Common Carrier), we offer our customers both from forwarding and trading, worldwide, reliable ocean freight services, as well as complete door-to-door transport solutions, designed to meet highest customer requirements.

As a subsidiary of the US-based Pacer International Group, our traditional main activities are the worldwide tradelanes to and from the United States and Canada. Today, we are one of the leading neutral NVOCCs in the world.

Of course, also the Europe-Far East trade (and vice versa) is one of our strengths, like our new, own FCL NVOCC service from Northern Europe to Malta and the Mediterranean. Worldwide, the OWL Group moves a global cargo volume of approx. 150,000 TEUs (Twenty-Foot-Equivalent Unit, 20'-Dry Container).

Over the last years, OWL's service scope has grown simultaneously with the expecations and requirements of our customers. Today, services like inland haulages, customs clearance, warehousing and CFS operations, and last but not least an excellent, customer-focussed IT system, have been our standard services for a long time.

Furthermore, we offer our customers worldwide project and reefer shipments, Ro/Ro and breakbulk shipments, dry and liquid bulk chartering, as well as worldwide cross trades of all kinds.

The success of our work is reflected every day in the satisfaction of our global customer base, which is growing steadily. We would be very happy to welcome you one day as one of these customers. The visit of our website should therefore only be meant as a small incentive to assure yourself soon of our very good service!

Our team and/or one of our agencies in every corner of the world are looking forward to hearing from you!

And now please enjoy your visit on our internet pages.

Your Ocean World Lines Team

 A PACER INTERNATIONAL COMPANY       Making your world a little smaller

Copyright © 2006 Ocean World Lines. All rights reserved. Impressum

  

Monday 1/10/2006 12:21:23 PM EST

**HOME**   **ABOUT US**   **TRACKING**   **SERVICES**   **AGENCY LIST**   **LINKS**   CON

GENERAL   QUOTES & BOOKINGS   IMPORT   DOCUMENTATION

## SERVICES

OWL can ship your FCL cargo to anywhere in the world. We currently service the major trade lanes to and from the USA such as:

- Europe
- Asia
- Southeast Asia
- Middle East
- Indian Sub-continent
- South and Central America
- Australia and New Zealand
- Africa

OWL can provide standard 20' and 40' containers as well as specialized equipment including:

- 40' High Cubes
- 20' & 40' Open Tops
- 20' & 40' Flat Racks*
- 20' & 40' Reefers
- 45'

*Out of Gauge accepted upon confirmation of available space.

OWL can provide door delivery through our network of intermodal carriers providing cost effective logistics solutions for our customers.

 A PACER INTERNATIONAL COMPANY     Making your world a little smaller

Copyright © 2006 Ocean World Lines. All rights reserved.