**EXHIBIT 7**

Case 1:07-cv-02889-AKH    Document 24-8    Filed 01/18/2008    Page 1 of 2

10/16/07  13:46 FAX 516 616 2444                                                                                      ☒007



**YANG MING SHIPPING EUROPE GMBH**

Ohrenoswetorstre 1 · D-20457 Hamburg Germany
Postfach 101443 D-20404 Hamburg Germany
Tel: 49 40 32 09 8-0  Fax: 49 40 32 09 81 14

Page No : 1 of 3
Run Date : 23/05/2006 15:01:52
Contact : Frauke-Barbara Hein
Phone : 040-32098197
Fax : 040-32098114
E-Mail : fb.hein@yml-germany.de

OCEAN WORLD LINES (HAMBURG)

Contact : FRAU VOGES

LIPPELTSTR. 1
20097 HAMBURG
Date : 23/05/2006

## BOOKING CONFIRMATION

Booking No : THAM0000100
Vessel/Voyage : YM MILANO/ 092W
Origin : BREMERHAVEN , Germany
Cargo Cut Off : 13/06/2006 17:00:00

Date : 22/05/2006
Booking Party Reference : OWLUHA6S060150NY
Turn-In Reference :
Closing Date B/L Details : 08/06/2006 12:00:00
Delivery Terminal : EUROGATE INTERNATIONAL GMBH BREMERHAVEN CT1

Sailing : BREMERHAVEN
Transhipment :
Discharge : NORFOLK, VA
Destination : NORFOLK, VA
Haulage
Location :
Name :
Remarks 1 :

Sailing Date : 15/06/2006
Tranship Date :
Discharge Date : 27/06/2006

Contact :
Phone No :

Imco : NIL
Out of Gauge : NIL
Heavy Lifting : NIL
SVC-NBR : 810805

Reefer : NIL
Ramp : NIL

Filing Ref :

| Pickup Depot | Pickup Ref | Qty | Grs.Wt(KG) | Grs.Wt InclTareWt& | Commodity |
|---|---|---|---|---|---|
| SCT STUTTGART CTR TML | THAM0000100 | 3 x 40DC | 24000.00 | 35910.00 | Offset printing machinery, nesoi |
| SCT STUTTGART CTR TML | THAM0000100A | 1 x 40DC | 8000.00 | 11970.00 | Offset printing machinery, nesoi |

| Charge C | Charges | P/C | Qty. | Rate | Foreign Amount | Currency | Percentage % | Base On |
|---|---|---|---|---|---|---|---|---|
| OF | OCEAN FREIGHT | P | 4 | 850.00 | 3400.00 | USD | 0 | |
| QS | CNTR SERVICE CHARGE | P | 4 | 170.00 | 680.00 | EUR | 0 | |
| DT | DESTINATION THC | P | 4 | 500.00 | 2000.00 | USD | 0 | |
| BF | BUNKER ADJUSTMENT FACTOR | P | 4 | 846.00 | 3384.00 | USD | 0 | |
| CZ | CHASSIS CHARGE | P | 4 | 60.00 | 240.00 | USD | 0 | |
| PF | TERMINAL SECURITY CHARGE | P | 4 | 14.00 | 56.00 | EUR | 0 | |
| PU | US TERMINAL SECURITY CHG | P | 4 | 6.00 | 24.00 | USD | 0 | |
| GC | GATE CHARGE | P | 4 | 39.00 | 156.00 | EUR | 0 | |
| DH | DESTINATION HAULAGE | P | 4 | 941.00 | 3764.00 | USD | 0 | |
| IF | INTERIM FUEL ASSESSMENT | P | 4 | 188.00 | 752.00 | USD | 0 | |
| V5C0 | FORWARDER COMMISSION | P | 1 | -119.00 | -119.00 | USD | 3.5 | OF |

Remarks 2 :
Shippers are reminded to attach their seal after loading
3 x 40DC - NL nach Bourbon, IN R/M B/L # YMLUT670037050 Rebooked ex Manhatten bridge due to omit EHV.

Oncarriage

Exhibit 7

(24)

RECEIVED  10-16-'07  14:59      FROM- 5166162444            TO                                                  P007/013