# EXHIBIT 8

transatlantic-spedition@t-online.de

Transatlantic Spedition GmbH
Attn. Frau Marion Montag
Amsinckstraße 45
20097 Hamburg
Tel. 231872 Fax 233351



OCEAN WORLD LINES
EUROPE GMBH
Lippeltstr.1 · 20097 Hamburg · Germany

## BOOKING CONFIRMATION   OWLUHA6S060150NY

Hamburg, May 23, 2006

| | | |
|---|---|---|
| Vessel | : Yang Ming Milano / 092W | Documentation Closing: 08.06.2006 10:00 |
| Carrier | : Yang Ming Line | |
| Place of Receipt | : | |
| Port of Loading | : Bremerhaven | ETS: 15.06.2006 |
| Port of Discharge | : Norfolk | ETA: 27.06.2006 |
| Final Destination | : Bourbon, IN 46504 | |

Pick up at:    SCT, Stuttgarter Container Terminal
Reference:     THAM0000100

Return to      CT1 - Bremerhaven
Reference:     THAM0000100
Cut Off / Closing: 13.06.2006 17:00

4 x 40' Dry Van Container, each with:   Printing Machinery

Cargo Gross Weight
appr. 8 Tons
appr. =8'000 Kgs
appr. =17'637 Lbs.

To be filed with Customs by OWL under OWLU
Original Bill of Lading
Transport Mode for Oncarriage: Rail / Motor

Bitte stellen Sie sicher, daß alle Ausfuhr-, Zoll- und Ladepapiere rechtzeitig vor Ladebeginn des Seeschiffes der zuständigen Zollbehörde bzw. dem Terminal des Ladehafens vorlegen.
Bitte haben Sie Verständnis dafür, daß wir aus der Nichteinhaltung entstehende Extrakosten nicht übernehmen können.
Für jeden neuen B/L-Druck durch Korrekturen Ihrerseits müssen wir die anfallenden Kosten nach Aufwand belasten. Wir bitten daher sicherzustellen, daß die B/L-Angaben richtig sind. Wir bitten um Ihr Verständnis.
Bitte sorgen Sie für die Versiegelung des Container mit einem Hochsicherheitssiegel direkt nach der Beladung bei Ihnen/Ihrem Kunden. Die Siegelnummer muss schnellstens an uns übermittelt werden, damit wir das AMS Filing veranlassen
Bitte beachten Sie, dass nach der aktuellen Zollgesetzgebung (AMS) sämtlich Verschiffungsdaten, wie tatsächlicher Ablader (kein Spediteur, kein ausländischer Trader, sondern der inländische Herstellername), tatsächlicher Empfänger (kein Spediteur, kein Customs house broker, keine Agentur, sondern der echte Empfänger der Ladung), vollständige detaillierte Ladungsbeschreibung (keine Sammelbegriffe wie Machinery oder Textiles, sondern detaillierte Beschreibung) mit korrekter Anzahl und Art der Packstücke und korrekten Gewichten (kleinste Verpackungseinheit, d.h. XY Kartons, nicht Paletten) spätestens 72 Stunden vor Ankunft des Schiffes im Ladehafen an uns gemeldet werden müssen. Bitte kontaktieren Sie unseren Customer Service für Einzelheiten.
Wenn die benötigten Daten nicht rechtzeitig vorhanden sind, wird Ihr Container nicht auf dem gewünschten Schiff verladen, sondern für Sie kostenpflichtig auf das nächste Schiff umgebucht. Standgelder, Demurrages und sämtliche weiteren Kosten werden wir an Sie weiterbelasten. Falls die von Ihnen angegebenen Verschiffungsdaten fehlerhaft sind, wird der Zoll empfindliche Strafen verhängen, die wir ebenfalls von Ihnen einfordern müssen, bevor die Ladung im Zielland ausgeliefert wird!Mit der Ladungsbuchung bei uns gelten diese Bedingungen gelten als von Ihnen akzeptiert.
Von Ihnen geforderte B/L Korrekturen werden wir ab der zweiten Korrektur mit €20 zzgl. Kosten beim Reeder berechnen.
Bitte beachten Sie die B/L Bedingungen auf www.owl.biz .

Continued

Exhibit 8



transatlantic-spedition@t-online.de

Transatlantic Spedition GmbH
Attn. Frau Marion Montag
Amsinckstraße 45
20097 Hamburg
Tel. 231872 Fax 233351



OCEAN WORLD LINES
EUROPE GMBH
Lippeltstr.1 · 20097 Hamburg · Germany

## BOOKING CONFIRMATION  OWLUHA6S060150NY

Page 2

Cargo Gross Weight

| Freight & Charges | Base | | Costs | PC | Freight & Charges | Base | | Costs | PC |
|---|---|---|---|---|---|---|---|---|---|
| AMS Filing Fee | USD | 40,00 × 1 | 40,00 | P | Chassis Usage Charge | USD | 60,00 × 4 | 240,00 | P |
| ISPS Security Fee | EUR | 15,00 × 4 | 60,00 | P | Pick Up Charge | EUR | 40,00 × 4 | 160,00 | P |
| TSC Terminal Security Charge | USD | 6,00 × 4 | 24,00 | P | FAC | USD | -24,38 × 4 | -97,52 | P |
| US Fuel | USD | 200,00 × 4 | 800,00 | P | | | | | |
| CSC | EUR | 170,00 × 4 | 680,00 | P | | | | | |
| Ocean Freight | USD | 975,00 × 4 | 3.900,00 | P | | | | | |
| THC | USD | 500,00 × 4 | 2.000,00 | P | | | | | |
| BAF | USD | 846,00 × 4 | 3.384,00 | P | | | | | |
| Oncarriage | USD | 1.000,00 × 4 | 4.000,00 | P | | | | | |

All prepayable foreign currency will be charged at the rate of exchange fixed by the carrier.

Vielen Dank für Ihre Buchung
Mit freundlichen Grüßen
Ihre Ocean World Lines Europe GmbH
i. A. Olga Voges

