**EXHIBIT 9**



**OWL**
OCEAN WORLD LINES
EUROPE GMBH
Lippeltstr.1 · 20097 Hamburg · Germany

An : Yang Ming Depart. of German Agency
20401 Hamburg, Postfach 10 01 44
Tel. 040 / 320 98-0
z. Hd. : Frau Barbara Hein
Von : Olga Voges

## Buchung OWLUHA6S060150NY

Hamburg, May 23, 2006

Wir bestätigen wie folgt:

HALLO FRAU HEINI

BITTE BUCHEN SIE DIE BUCHUNG AUF YM MILANO! KRIEGE ICH NOCH BUCHUNGSBESTÄTIGUNG?

DANKE
OLGA VOGES

| | | |
|---|---|---|
| Containertyp | : | a - d.) 4 x 40' Dry Van Container |
| Ware | : | Printing Machinery |
| | | etwa 8 Tonnen payload |
| **Empty Pick-up** | | |
| Depot | : | SCT, Stuttgarter Container Terminal |
| Referenz | : | THAM0000100 |
| **Terminal / CY** | | |
| Ladehafen | : | Bremerhaven |
| Terminal / CY | : | CT1 - Bremerhaven |
| Referenz | : | THAM0000100 |
| **References** | | |
| Seeschiff | : | Yang Ming Milano |
| Ladehafen | : | Bremerhaven (ETS 15.06.2006) |
| Löschhafen | : | Norfolk (ETA 27.06.2006) |
| Buchungsnr. | : | THAM0000100 |
| **Oncarriage** | | |
| Endbestimmung | : | Bourbon, IN 46504 |
| Transport Mode | : | Rail / Motor |
| AMS Filing | : | a.) OWL will file AMS with Customs under OWLUHA6S060150NY |

**Vereinbarte Kosten:** (Alle Kosten sind im Voraus zu zahlen)

| Kosten | Währ. | Ppd. / Col. | Cnt. 1 | Cnt. 2 | Cnt. 3 | Cnt. 4 |
|---|---|---|---|---|---|---|
| CSC | EUR | Prepaid | 170,00 | 170,00 | 170,00 | 170,00 |
| Ocean Freight | USD | Prepaid | 850,00 | 850,00 | 850,00 | 850,00 |
| THC | USD | Prepaid | 500,00 | 500,00 | 500,00 | 500,00 |
| ISPS Security Fee | EUR | Prepaid | 14,00 | 14,00 | 14,00 | 14,00 |
| BAF | USD | Prepaid | 846,00 | 846,00 | 846,00 | 846,00 |
| FAC | USD | Prepaid | -29,75 | -29,75 | -29,75 | -29,75 |
| Chassis Usage | USD | Prepaid | 60,00 | 60,00 | 60,00 | 60,00 |
| TSC Terminal | USD | Prepaid | 6,00 | 6,00 | 6,00 | 6,00 |
| Pick Up Charge | EUR | Prepaid | 39,00 | 39,00 | 39,00 | 39,00 |

Exhibit 9
29



**OWL**
OCEAN WORLD LINES
EUROPE GMBH
Lippeltstr.1 · 20097 Hamburg · Germany

An        : Yang Ming Depart. of German Agency
            20401 Hamburg, Postfach 10 01 44
            Tel. 040 / 320 98-0
z. Hd.    : Frau Barbara Hein
Von       : Olga Voges

## Buchung  OWLUHA6S060150NY

Page 2

| | | | | | | |
|---|---|---|---|---|---|---|
| Oncarriage | USD | Prepaid | 941,00 | 941,00 | 941,00 | 941,00 |
| US Fuel | USD | Prepaid | 188,20 | 188,20 | 188,20 | 188,20 |

Bitte stellen Sie sicher, dass die Container sauber, trocken und geruchsfrei sind.

Mit freundlichen Grüßen
Ihre Ocean World Lines Europe GmbH
i. A. Olga Voges

