**EXHIBIT 10**

David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

ORIGINAL

------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROYAL & SUN ALLIANCE INSURANCE
PLC,

          Plaintiff,                  07 Civ. 2889 (AKH)

  - against -                      NOTICE OF DEPOSITION
                                          AND REQUEST FOR
OCEAN WORLD LINES, INC.;               PRODUCTION OF
                                          DOCUMENTS ADDRESSED
          Defendant.               TO DEFENDANT AND THIRD-
                                          PARTY DEFENDANTS
------------------------------------------------------------X

OCEAN WORLD LINES, INC.;

          Third-Party Plaintiff,

  - against -

YANG MING MARINE TRANSPORT CORP.;
DJURIC TRUCKING, INC.;

          Third-Party Defendants.
------------------------------------------------------------X

      PLEASE TAKE NOTICE that pursuant to Rule 26 et seq of the Federal Rules of Civil Procedure, and in particular Rule 30, plaintiff will take the deposition of the defendant Djuric Trucking, Inc. concerning the shipment and claim in suit and the allegations in the complaint, including (a) the road carriage of the cargo to final destination; (b) the incident which cause the damage to the shipment; and (c) contracts relating to the parties and shipment; before a notary public or other person authorized to

Exhibit 10

take oaths at 9:00 a.m. on September 6, 2007 or other lawfully adjourned date. The deposition will be conducted at 11 Park Place, Suite 1214, New York, New York 10007. The witness or witnesses should bring to the deposition the complete file in this matter including but not limited to all documents listed on the annexed Request For Production of Documents.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 34 F.R.C.P. plaintiff requests that each of the captioned defendant and third-party defendants produce the following documents relating to the shipment and claim in suit on or before 9:00 a.m. on September 5, 2007 at the offices of the undersigned attorney for plaintiff for purposes of a copying, discovery and use at trial:

1. Bills of lading, waybills and pros, (front and back) for the shipment, including riders and attachments.
2. Booking note.
3. Cargo manifest.
4. Cargo receipts.
5. Contract of carriage.
6. Surveys and investigation reports.
7. Reports of experts.
8. All Trailer Interchange Receipts (T.I.R.s) for the container in question.
9. All documents setting forth the freight charges.
10. Delivery receipts.
11. All documents related to carriage of the cargo.
12. All tariffs pertaining to this shipment, including the tariff referred to in the bill of lading.
13. Photographs relating to the shipment.

14. Statements of witnesses.

15. All communications with the liability insurers of defendant and third-party defendants.

16. All seal records for the subject containers from the place of origin to the place of final delivery.

17. All communications to and from carriers involved in the carriage of the cargo.

18. All documents sent to, and all documents received from, investigators.

19. All insurance policies applicable to the subject shipment.

20. Police reports.

21. Certificate of incorporation for each defendant and third-party defendants.

22. All communications relating to the shipment and claim.

23. Contracts between Yang Ming Marine Transport Corp. and Djuric Trucking, Inc.

24. Contracts between Ocean World Lines, Inc. ("OWL") and Djuric Trucking, Inc.

25. Contracts between OWL and Yang Ming Marine Transport Corp.

26. Documents which show that OWL gave the shipper, consignee, or owner of the shipment in suit the opportunity to declare the full value of the cargo and receive full value coverage as required by the Carmack Amendment to the Interstate Commerce Act of 1887 ("Carmack"), Act of June 29, 1906, ch. 3591, 34 Stat. 584 (1906) (current version at 49 U.S.C. § 11706).

27. Documents which show that Yang Ming gave the shipper, consignee, or owner of the shipment in suit the opportunity to declare the full value of the cargo and receive full value coverage as required by the Carmack Amendment to the

Interstate Commerce Act of 1887 ("Carmack"), Act of June 29, 1906, ch. 3591, 34 Stat. 584 (1906) (current version at 49 U.S.C. § 11706).

28.  Documents which show that Djuric Trucking Inc. gave the shipper, consignee, or owner of the shipment in suit the opportunity to declare the full value of the cargo and receive full value coverage as required by the Carmack Amendment to the Interstate Commerce Act of 1887 ("Carmack"), Act of June 29, 1906, ch. 3591, 34 Stat. 584 (1906) (current version at 49 U.S.C. § 11706).

Dated: New York, New York
August 3, 2007

LAW OFFICES,
DAVID L. MAZAROLI

By _____
David L. Mazaroli (DM 3929)
Attorney for Plaintiff
11 Park Place - Suite 1214
New York, New York 10007
Tel.: (212)267-8480
Fax.: (212)732-7352
E-mail: dlm@mazarolilaw.com
File No.: 7XHD-1477