UNITED STATES DISTRICT COURT                    ECF

SOUTHERN DISTRICT OF NEW YORK                   07 CV 2889 (AKH)

| | |
|---|---|
| ROYAL & SUN ALLIANCE INSURANCE, PLC,<br><br>        Plaintiff,<br>   -vs-<br><br>OCEAN WORLD LINES,<br><br>  Defendant & Third Party Plaintiff,<br><br>      vs.<br><br>YANGMING MARINE TRANSPORT CORP. and DJURIC TRUCKING, INC.,<br><br>    Third Party Defendants. | TABLE OF CONTENTS OF SUBMISSIONS OF THIRD PARTY DEFENDANTS, YANG MING MARINE TRANSPORT CORP. AND DJURIC TRUCKING, INC. IN SUPPORT OF THEIR MOTION TO DISMISS OR LIMIT LIABILITY |

Notice of Motion

Moving Memorandum of Law

  *Addendum 1:*  Selected YMTC Sea Waybill Terms and Conditions

  *Addendum 2:*  Selected OWL Bill of lading Terms and Conditions

  *Addendum 3:*  Slip Opinion in *Nippon Express v. M/V CHANG JIANG BRIDGE,* 06 CV 694 (PKC) (S.D.N.Y.)

Moving Declaration of Paul M. Keane

  *Moving Exhibit AA:*  The complaint

  *Moving Exhibit BB:*  The third party complaint.

  *Moving Exhibit CC:*  The third party defendants' answer to the complaint.

  *Moving Exhibit DD:*  The third party defendants' answer to the third party complaint.

| | | |
|---|---|---|
| *Moving Exhibit EE:* | The face of the YMTC sea waybill covering the shipment sued on. | |
| *Moving Exhibit FF*: | 1. | The reverse side terms and conditions of the YMTC sea waybill covering the shipment sued on. |
| | 2. | A more legible copy of Moving Exhibit FF-1 taken from the YMTC web site at https://www.YMTC.com.tw/tariff/tariff.html |
| *Moving Exhibit GG:* | Page from web site maintained by defendant & third party plaintiff, OWL at http://www.owlusa.com/ . | |
| *Moving Exhibit HH:* | The face of bill of lading issued by OWL for the subject shipment. This document is taken from plaintiff's Rule 26 production. | |
| *Moving Exhibit II:* | Reverse side terms and conditions of the bill of lading issued by OWL for the subject shipment. This document is also taken from plaintiff's Rule 26 disclosure. | |
| *Moving Exhibit JJ*: | Service contract between OWL as shipper and YMTC as ocean carrier. | |

Moving Declaration of Richard Cribari

    *Moving Exhibit KK:*    DJURIC / YMTC Rate Schedule

Reply Memorandum of Law

    *Addendum 4:*    "Exemption Of Freight Forwarders In The Noncontiguous Domestic Trade From Rate Reasonableness And Tariff Filing Requirements," n.3 (Docket Number: EP_598_0) (STB 1997)

Supplemental Declaration of Richard Cribari

    *Reply Exhibit LL:*    Cartage receipt

Reply Declaration of Paul M. Keane

2

| | |
|---|---|
| *Reply Exhibit MM:* | Excerpt from THE MARITIME LAW ASS'N OF THE U.S., Spring Meeting – May 3, 1996, Doc. No. 723 |

Dated: New York, NY

Jan. 30, 2008

CICHANOWICZ CALLAN KEANE VENGROW & TEXTOR
61 Broadway 3000, New York, NY 10006
212-344-7042
Attorneys for the Third Party Defendants

By:    /s/ ____PAUL M. KEANE_____
           Paul M. Keane [PK- 5934]

3