LAW OFFICES
# DAVID L. MAZAROLI
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212) 267-8480
Telefax (212) 732-7352



February 20, 2008

**TELEFAX: (212) 805-7942**

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:  Royal & Sun Alliance Insurance PLC
         v. Ocean World Lines, Inc.
         07 Civ. 2889 (AKH)
         Our File: 7XHD-1477

Dear Judge Hellerstein:

  I represent the plaintiff. During the oral argument conducted on February 19, 2008 I called to the Court's attention that on page 26 of Addendum 1 of third-party defendants' main brief, the quotation of Paragraph 7(2)(B) of the Yang Ming sea waybill omitted the ending sentence of the paragraph starting with "Notwithstanding the foregoing, in the event there is a private contract of Carriage between the Carrier and any Underlying Carrier…." The sentence is partially quoted in third-party defendants' reply brief at page 12. To make certain that the record includes the complete text of this clause, I respectfully request the Court's permission to submit an enlargement of Paragraph 7(2)(B) of the sea waybill terms, a fine print version of which is included in third-party defendants' Exhibit FF. The Court's attention is appreciated.

                Respectfully,

                David L. Mazaroli

cc: Clark Atcheson & Reisert
   Attn.: Peter D. Clark, Esq. (Via Telefax: 201-537-1201)

   Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
   Attn.: Joseph DeMay, Esq. (Via Telefax: 212-344-7285)

*Permission granted.*
*2-20-08*
*A.K. Hellerstein*

LAW OFFICES
# DAVID L. MAZAROLI
11 PARK PLACE
NEW YORK, NY 10007
E-Mail: dlm@mazarolilaw.com
Telephone (212) 267-8480
Telefax (212) 732-7352

## FACSIMILE COVERSHEET
### CONFIDENTIAL COMMUNICATION

February 20, 2008

**TELEFAX: (212) 805-7942**

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**TELEFAX: (201)537-1201**

Peter D. Clark, Esq.
Clark Atcheson & Riesert

**TELEFAX: (212)344-7285**

Joseph DeMay, Esq.
Cichanowicz, Callan, Keane, Vengrow & Textor LLP

Please see annexed (1 page)

---

**CONFIDENTIALITY NOTICE** - This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, kindly notify us by collect telephone call to arrange for the return of the transmission.