**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROYAL & SUN ALLIANCE INSURANCE PLC,

                     Plaintiff,

        -against-

OCEAN WORLD LINES, INC.,

                     Defendant.
-----------------------------------------------------------------X
OCEAN WORLD LINES, INC.,

                     Third-Party Plaintiff,

        -against-

YANG MING MARINE TRANSPORT CORP.
and DJURIC TRUCKING, INC.,

                     Third-Party Defendants.
-----------------------------------------------------------------X

07 **CIVIL** 2889 (AKH)

**JUDGMENT**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED:  8/20/08
```

       Whereas the above-captioned action having come before this Court, and the matter having

come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on

August 19, 2008, having rendered its Opinion and Order granting OWL's motion for summary

judgment against Royal and Sun, limiting OWL's liability to Royal & Sun to $500 per package, or

$3500 for the seven damaged packages; as limited, granting OWL's claim for $3500, or $500 for

each of the seven packages against Yang Ming and Djuric, the carriers responsible for the damaged

goods; and as between Royal & Sun and Yang Ming and Djuric, holding that Yang Ming and Djuric

also are entitled to the package limitation, and thus not liable to Royal & Sun for the full value of

the damaged merchandise; and directing the Clerk of the Court to enter judgment, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Opinion and Order dated August 19, 2008, OWL's motion for summary judgment against

Royal and Sun, limiting OWL's liability to Royal & Sun to $500 per package, or $3500 for the seven

damaged packages is granted; as limited, the Court grants OWL's claim for $3500, or $500 for each

of the seven packages against Yang Ming and Djuric, the carriers responsible for the damaged goods;

and as between Royal & Sun and Yang Ming and Djuric, the Court holds that Yang Ming and Djuric

also are entitled to the package limitation, and thus not liable to Royal & Sun for the full value of

the damaged merchandise; accordingly, the case is closed.

**Dated:**  New York, New York
        August 20, 2008

**J. MICHAEL McMAHON**

_____
Clerk of Court

BY:

_____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____