UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ROYAL & SUN ALLIANCE INSURANCE   :
PLC,                             :
                                 :
                    Plaintiff,   :
        -against-                :
                                 :
OCEAN WORLD LINES, INC.,         :    **AMENDED JUDGMENT**
                                 :
                    Defendant.   :    07 Civ. 2889 (AKH)
                                 :
                                 :
------------------------------------------------------------ x
OCEAN WORLD LINES, INC.,         :
                                 :
            Third-Party Plaintiff, :
        -against-                :
                                 :
YANG MING MARINE TRANSPORT CORP. :
and DJURIC TRUCKING, INC.        :
                                 :
            Third-Party Defendants. :
------------------------------------------------------------ x
ALVIN HELLERSTEIN, U.S.D.J:

      Whereas the above-captioned action having come before this Court, and the matter having come before the Hon. Alvin K. Hellerstein, United States District Judge, and the Court, on August 19, 2008, having rendered its Opinion and Order granting OWL's motion for summary judgment against Royal & Sun, limiting OWL's liability to Royal & Sun to $500 per package, or $3500 for the seven damaged packages; holding that Yang Ming and Djuric are also entitled to the $500 per package limitation, and thus are not liable to Royal & Sun for the full value of the damaged merchandise; granting judgment in favor of Royal & Sun against OWL, Yang Ming and Djuric, jointly and severally for $3500 (the admitted value of the damage to the merchandise being in excess of $500 per package); and as thus limited, granting OWL judgment over against

1

Yang Ming and Djuric, the carriers responsible for the damaged goods, to the extent of OWL's liability to Royal & Sun; and directing the Clerk of the Court to enter Judgment, and the Judgment of August 20, 2008 not having clearly reflected the rulings of the Court, it is,

ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated August 19, 2008, granting OWL's motion for summary judgment against Royal & Sun and limiting OWL's liability to Royal & Sun to $500 per package, or $3500 for the seven damaged packages; holding that Yang Ming and Djuric are also entitled to the $500 per package limitation, and thus are not liable to Royal & Sun for the full value of the damaged merchandise; granting judgment in favor of Royal & Sun against OWL, Yang Ming and Djuric, jointly and severally for $3500 (the admitted value of the damage to the merchandise being in excess of $500 per package); and as thus limited, granting OWL judgment over against Yang Ming and Djuric, the carriers responsible for the damaged goods, to the extent of OWL's liability to Royal & Sun; accordingly, the case is closed.

SO ORDERED.

Dated:  August 26, 2008
        New York, New York

ALVIN K. HELLERSTEIN
United States District Judge