David L. Mazaroli (DM-3929)
Attorney for Plaintiff-Appellant
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com



FILED U.S. DC
SEP 03 2008
S.D. OF N.Y.

------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ROYAL & SUN ALLIANCE INSURANCE PLC,

            Plaintiff,

   - against -

OCEAN WORLD LINES, INC.;

           Defendant.
------------------------------------------------------------x

OCEAN WORLD LINES, INC.,

       Third-Party Plaintiff,

   - against -

YANG MING MARINE TRANSPORT CORP.;
DJURIC TRUCKING, INC.,

       Third-Party Defendants.
------------------------------------------------------------x

ECF CASE

07 Civ. 2889 (AKH)

NOTICE OF APPEAL
BY PLAINTIFF

     NOTICE IS HEREBY GIVEN that plaintiff Royal & Sun Alliance Insurance PLC appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order Granting Package Limitations on Liability dated and entered August 19, 2008, the Clerk's Judgment dated and entered August 20, 2008, and the final Amended Judgment dated and entered August 26, 2008; and from each and every judgment, order, and decree issued in this action in favor of the defendant and third-party defendants.

Notice of Appeal by Plaintiff
07 Civ. 2889 (AKH)
Page 2

Dated: New York, New York
       September 2, 2008

                                        LAW OFFICES,
                                        DAVID L. MAZAROLI

                                        By _____
                                        David L. Mazaroli (DM 3929)
                                        Attorney for Plaintiff-Appellant
                                        Royal Sun Alliance Insurance PLC
                                        11 Park Place - Suite 1214
                                        New York, New York 10007
                                        Tel.: (212)267-8480
                                        Fax.: (212)732-7352
                                        E-mail: dlm@mazarolilaw.com
                                        File No.: 7XHD-1477

**SERVICE LIST:**

Clark Atcheson & Reisert
Attorneys for Defendant and Third-Party Plaintiff
Ocean World Lines, Inc.
7800 River Road
North Bergen, New Jersey 07047
Attn.: Peter D. Clark, Esq.

Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
Attorneys for Third-Party Defendants
Yang Ming Marine Transport Corp. and
Djuric Trucking, Inc.
61 Broadway - Suite 3000
New York, New York 10006
Attn.: Paul M. Keane, Esq. and Joseph DeMay, Esq.