UNITED STATES DISTRICT COURT  ECF
SOUTHERN DISTRICT OF NEW YORK  07 CV 2889 (AKH)

ROYAL & SUN ALLIANCE INSURANCE, PLC,

        Plaintiff,

-vs-

OCEAN WORLD LINES,

    Defendant & Third Party Plaintiff,

vs.

YANGMING MARINE TRANSPORT CORP. and DJURIC TRUCKING, INC.,

       Third Party Defendants.



THIRD PARTY DEFENDANTS' NOTICE OF APPEAL

    Notice is hereby given that YANGMING MARINE TRANSPORT CORP. and DJURIC TRUCKING, INC., third party defendants in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from so much of the following order and judgments as denied their motions to enforce a foreign forum selection clause in the applicable bill of lading contract(s):

    (1)    Order and Opinion entered in this action on August 19, 2008;

    (2)    Judgment entered in this action on August 20, 2008; and

    (3)    Amended Judgment entered in this action on August 26, 2008.

| | | |
|---|---|---|
| Dated: | New York, NY<br><br>September 10, 2008 | CICHANOWICZ CALLAN KEANE<br>VENGROW & TEXTOR, LLP<br>61 Broadway 3000, New York, NY 10006<br>212-344-7042<br>Attorneys for Third Party Defendants |

By: *[signature]*
PAUL M. KEANE [PK-5934]

TO: DAVID L. MAZAROLI
Law Office of David L. Mazaroli
Attorney for Plaintiff
11 Park Place, Suite 1214
New York, NY 10007-2801

PETER D. CLARK
Clark Atcheson & Reisert
Attorneys for Defendant & Third party Plaintiff
7800 River Road
North Bergen, NJ 07047